IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                                      4:07CR00086-10 JMM

MARCUS ORLANDO WATKINS

## ORDER

Pending is the Government's Motion to Dismiss Indictment against Marcus Orlando Watkins. For good cause shown the Motion to Dismiss (Docket # 633) is GRANTED. The indictment against Mr. Watkins is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of December 2008.

_____
James M. Moody
United States District Judge